

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00392-CV

CHERIE ALLEN                                                          APPELLANT

V.

KEITH KIDWILL                                                          APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2016-005472-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 7, 2017, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for

---

[1]*See* Tex. R. App. P. 47.4.

an extension.  *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b).  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; WALKER and SUDDERTH, JJ.

DELIVERED:  April 27, 2017

2